# United States District Court

──────────── DISTRICT OF ARIZONA ────────────

UNITED STATES OF AMERICA

V.

Wyatt Begaye

**Electronic Criminal Complaint (Redacted)**

CASE NUMBER: 18-04132MJ-PCT-DMF

I, ABIGAIL K. CONFER, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about April 11, 2018, in Grand Canyon Village, Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, WYATT BEGAYE, did knowingly and intentionally assault (REDACTED), an intimate partner, or dating partner, by strangling, suffocating, or attempting to strangle or suffocate, in violation of Title 18, United States Code, Section 7 and 113(a)(8).

### Count 2

On or about April 11, 2018, in Grand Canyon Village, Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, WYATT BEGAYE, did knowingly, intentionally, and recklessly assault (REDACTED), by striking, beating, and wounding, in violation of Title 18, United States Code, Sections 7 and 113(a)(4).

I further state that I am a National Park Service Special Agent and that this complaint is based on the following facts:

See attached **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (Statement of Probable Cause)** incorporated by reference herein.

**REVIEWED BY:** *S:/AUSA Camille Bibles*

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Abigail K. Confer, Special Agent
Name & Title of Complainant

*[signature]*
Signature of Complainant/Date

__X__ Sworn by Telephone

April 14, 2018 at 11:58 a.m.
Date

Flagstaff, Arizona
City and State

Deborah M. Fine, United States Magistrate
Name & Title of Judicial Officer

*[signature: Deborah M Fine]*
Signature of Judicial Officer

18-04132MJ-PCT-DMF

# IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ARIZONA

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (ELECTRONIC)
(Redacted)

Your affiant, National Park Service Special Agent Abigail K. Confer, does hereby state under oath as follows:

1. Your affiant is a Special Agent (SA) with the National Park Service (NPS), United States Department of the Interior, presently assigned to the Investigative Services Branch, duty stationed at the Southwest Field Office at Grand Canyon National Park. Your affiant has been employed by the NPS since 2009 and has worked as a federal law enforcement officer in Colorado and Arizona. Your affiant has received specialized training at the Federal Law Enforcement Training Center, completing the Land Management Police Training and the Investigator Training Program, and your affiant has extensive training and experience in investigating incidents involving domestic violence, emotional and physical abuse. Your affiant has attended training courses in a variety of law enforcement subjects and has conducted numerous criminal investigations into a variety of offenses.

2. The information contained in this affidavit is from your affiant's personal knowledge, as well as from information provided to your affiant by other law enforcement officers and/or witnesses including those listed herein. Due to the fact that the affidavit is required to establish probable cause, your affiant has not listed each item and every fact known regarding this investigation.

3. On April 13, 2018, at approximately 12:30 pm, Special Agent (SA) Michael Hardin, and

United States Park Rangers (USPR) Sara Shoemaker and Ryan O'Lear, responded to the North Country Healthcare clinic, in Grand Canyon Village, Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, to investigate a report of injuries consistent with a physical assault. The clinic staff reported (REDACTED) (herein after referred to as CR) was brought to the clinic for medical care by supervisor, Lisa Abbott (herein after referred to as LA).

4. SA Hardin and USPR Shoemaker interviewed CR in a clinic exam room. According to SA Hardin, CR stated her boyfriend, Wyatt BEGAYE, physically assaulted and strangled her with his hands on the evening of April 11, 2018, in their shared residence (Trailer Village, within Grand Canyon National Park). SA Hardin observed the following injuries:

   A. Dark, elongated marks on the left side of her neck.

   B. Two red circular marks on the right side of her neck.

   C. Large black bruise and swelling under left eye.

   D. Bright red conjunctiva in her left eye.

   E. Bruises on both of CR's knees and a swollen left knee.

   F. Dark bruises on the upper left side of CR's chest.

   G. Marks and bruises on her upper and lower portions of both arms.

   H. Pain and tenderness of her left hand.

5. CR stated she began dating Wyatt BEGAYE in November 2017. At times during their relationship Wyatt BEGAYE would exhibit fits of jealousy regarding her fidelity. These incidents would result in verbal arguments. Approximately three (3) weeks ago, they moved

to Grand Canyon National Park to work for the concession company Delaware North on the south rim and shared an assigned studio apartment.

6. On April 11, 2018, CR finished work at approximately 4:30 pm and met up with Wyatt BEGAYE. He had already started drinking. They spent about an hour at a neighbor's residence during which she consumed part of a twenty-four (24) ounce can of beer. While at the neighbor's house, Wyatt BEGAYE got upset with her and went back to their residence. She followed him. He asked her if she was cheating on him.

7. Wyatt BEGAYE got angry, repeatedly accused her of cheating, and did the following to CR:

    A. Pushed her on the bed, got on top of her, and held her down.

    B. Strangled her.

    C. Hit her face and head approximately fifteen (15) to seventeen (17) times.

    D. Threatened to injure her more severely if she called out for help or attempted to leave.

8. While Wyatt BEGAYE was choking her and hitting her, she "saw stars," could not breathe, and "blacked out." She tried to get away, but he held her down. CR does not know how long the attack lasted or how long she lost consciousness. She remembers at one point Wyatt BEGAYE told her to stop crying. Eventually she was able to kick him off of her.

9. When she regained consciousness, she saw Wyatt BEGAYE sitting at the foot of the bed crying. He apologized and said he "did something bad" and hurt her. He said did not want her to look at her face in the bathroom mirror because he hit her face.

10. When she looked at herself in the mirror she saw her head, eye, hand, arms, and knee were swollen. The injuries were painful. She could not see out of her left eye. The worst

experience for her was when her ten (10) month old son did not recognize her because of her injuries.

11. She did not want anyone to see her injuries so she did not go to work the next day. When her supervisor saw her injuries at work today, she was transported to the clinic for medical evaluation.

12. At approximately 5:10 pm, your affiant and SA Hardin interviewed Wyatt BEGAYE at his residence 190 Victor Street, Unit 4. Wyatt BEGAYE said he made a "mistake."

13. Wyatt BEGAYE stated on April 11, 2018, around 4:00 pm he met up with a neighbor and began drinking alcoholic beverages. He consumed four (4) twenty-four (24) ounce cans of malt liquor and beer. He normally can drink about five (5) twenty-four (24) ounce alcoholic beverages without "blacking out." He did not use any drugs.

14. CR joined them at approximately 4:30 pm, and they returned home around 5:00 pm. They took a shower together and then at some point he "blacked out" and cannot remember what happened later. He remembers yelling and screaming, but does not remember the incident of violence. He knows he injured CR because he was intoxicated and was the only other person in the residence. No other people came to their home and they locked the door.

15. He woke up the next morning and cried because he saw CR's injuries and realized he inflicted them upon her. CR said he assaulted her and during the attack she was scared. "She never lies to me." She told him she loved him and was okay. He wanted CR to get medical attention, but she refused because she was scared.

16. He has issues with jealousy and stated, "I want her to myself." He regrets injuring CR. This is the first time in his life he has ever done something like that.

17. His lower back, outer thighs, and inner arms are sore, but CR did not hit him. SA Confer did not observe marks or swelling on his hands or arms.

18. This morning he met with the human resources specialist, Joe Rabon (herein after referred to as JR), at his office. He admitted to JR he inflicted the injuries to CR in their residence.

19. Based upon the facts as stated in this affidavit, your affiant respectfully submits that there is probable cause to believe that:

On or about April 11, 2018, in Grand Canyon Village, Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, Wyatt BEGAYE, did knowingly and intentionally assault (REDACTED), an intimate partner, or dating partner, by strangling, suffocating, or attempting to strangle or suffocate, in violation of Title 18, United States Code, Section 7 and 113(a)(8); and, did knowingly, intentionally, and recklessly assault (REDACTED), by striking, beating, or wounding, in violation of Title 18, United States Code, Section 7 and 113(a)(4).

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

April 14, 2018
Executed on (Date)

Abigail K. Confer
Special Agent
National Park Service, Grand Canyon

5

__X__ Sworn by Telephone

Date/Time: April 14, 2018 at 11:58 a.m.

_____
Honorable Deborah M. Fine
United States Magistrate Judge