AO 442 (Rev. 01/09) Arrest Warrant

FILED ___ LODGED
16 ___ RECEIVED ___ COPY
MAY 2 1 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Wyatt Begaye<br>*Defendant* | ) ) ) ) ) ) | Case No. 18-04132MJ-PCT-DMF |

## ELECTRONIC ARREST WARRANT

To: Any authorized law enforcement officer

The Court having determined that probable cause exists for the issuance of an arrest warrant,

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Wyatt Begaye**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   X Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

The offenses are briefly described as follows:
Count 1: Assault to an intimate partner, or dating partner, by strangling, suffocating, or attempting to strangle or suffocate, within the special maritime and territorial jurisdiction of the United States. 18 U.S.C. §§ 7 and 113(a)(8)

Count 2: Assault by striking, beating, or wounding, within the special maritime and territorial jurisdiction of the United States. 18 U.S.C. §§ 7 and 113(a)(4)

Date/time: April 14, 2018, at 11:58 a.m.

*Deborah M Fine*
*Issuing officer's signature*

City and state: Flagstaff, Arizona

Deborah M. Fine, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-16-18, and the person was arrested on *(date)* 4/16/18
at *(city and state)* Flagstaff, AZ

Date: 4/16/2018

*Arresting officer's signature*

DUSM W. McAvoy
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)